# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
SEP 2 4 2003

Nanophase Technologies Corp.      **JUDGMENT IN A CIVIL CASE**

v.      Case Number: 02 C 4340

Celox, Ltd.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment [35-1] is granted. The Court therefore enters judgment in favor of Plaintiff Nanophase and against Defendant Celox in the amount of $400,680, plus pre-judgment interest at the statutory rate of 5% per year from May 31, 2001, the date of Celox's failure to comply with the payment terms of the Contract. This case is hereby terminated. This is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 9/23/2003

*Theresa B. Kinney*
Theresa B. Kinney, Deputy Clerk